# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| *ex rel.* Lawrence S. Krasner, | : | No. 23-cv-4645-JMY |
| Philadelphia District Attorney, | : | |
| | : | |
| vs. | : | |
| | : | |
| ELI LILLY AND COMPANY, et al., | : | |

## ORDER

AND NOW, this 4th day of December 2023, upon consideration of the Plaintiff's *Motion to Remand to State Court and Request for Expedited Consideration* (ECF No. 3), it is hereby **ORDERED** that Plaintiff's request for expedited consideration shall be **DENIED**.

Plaintiff's *Motion to Remand to State Court* shall remain open on the docket and the Parties shall file opposition briefs, answers, responses, or reply briefs in accordance with Eastern District of Pennsylvania Local Rule of Civil Procedure 7.1(c) and other applicable rules of civil procedure pertaining to motion practice.

BY THE COURT:

 /s/ John Milton Younge
Judge John Milton Younge